IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>*Plaintiff*,<br>v.<br><br>TRANS UNION LLC,<br><br>*Defendant.*<br><br>TRANS UNION LLC,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>*Counterclaim-Defendant.* | 1:17-cv-08318<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Young B. Kim |

**JOINT MOTION FOR LEAVE TO FILE THE PARTIES' SUPPLEMENT TO THE STATUS REPORT**

Fair Isaac Corporation ("FICO") and TransUnion LLC ("TransUnion") respectfully move for leave to file their Joint Supplement to the Joint Statute Report. In support of this motion, the parties state as follows:

1. On August 8, 2019, the parties filed their Joint Status Report, which outlines the disputes each party intends to raise with respect to the Interrogatories. Dkt. Nos. 112, 113.

2. In the Joint Status Report, FICO objected to answering TransUnion's Interrogatory Nos. 18, 20, and 21 on the basis that, in light of the subparts included in previous Interrogatories, TransUnion's had exceeded the number permitted under the Federal Rule of Civil Procedure 33(a)(1).

3.     TransUnion had not anticipated FICO raising this objection and therefore had not prepared a response for inclusion in the Joint Status Report.

4.     The parties therefore seeks leave to file their Joint Supplement to the Joint Status Report, which addresses this limited issue.

5.     A copy of the Joint Supplement to Joint Status Report is attached hereto as Exhibit A.

6.     The parties will submit a proposed order to the following email address: proposed_order_kim@ilnd.uscourts.gov.

For the foregoing reasons, the parties respectfully request that the Court grant them leave to file their Joint Supplement to the Joint Status Report.

Dated: August 16, 2019                                    Respectfully submitted,

| FAIR ISAAC CORPORATION | TRANS UNION LLC |
|---|---|
| By: s/ *J. Gregory Deis*<br>Michael A. Olsen<br>J. Gregory Deis<br>Natalie F. Wayne<br>Britt M. Miller<br>Matthew D. Provance<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>(312) 782-0600<br>(312) 701-7711—Facsimile<br>Email: molsen@mayerbrown.com<br>Email: gdeis@mayerbrown.com<br>Email: nwayne@mayerbrown.com<br>Email: bmiller@mayerbrown.com<br>Email: mprovance@mayerbrown.com<br><br>*Attorneys for Plaintiff/Counterclaim-Defendant Fair Isaac Corporation* | By: s/ *J. David Duffy*<br>David Duffy – IL Bar #6242374<br>Audrey D. Mense – IL Bar #6302524<br>THOMPSON COBURN LLP<br>55 East Monroe Street<br>37th Floor<br>Chicago, IL 60603<br>(312) 346-7500<br>Email: dduffy@thompsoncoburn.com<br>Email: amense@thompsoncoburn.com<br><br>Mark Hansen (*pro hac vice*)<br>John Thorne – IL Bar # 6181458<br>Rebecca Beynon (*pro hac vice*)<br>Leslie Pope (*pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL AND FREDERICK P.L.L.C.<br>1615 M Street NW<br>Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900 |

Email: mhansen@kellogghansen.com
Email: jthorne@kellogghansen.com
Email: rbeynon@kellogghansen.com
Email: lpope@kellogghansen.com

*Attorneys for Defendant/Counterclaim-Plaintiff Trans Union, LLC*